UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

AMEC CONSTRUCTION
MANAGEMENT, INC.

VERSUS

FIREMAN'S FUND INSURANCE CO.

CIVIL ACTION

NO. 13-718-JJB-EWD

**RULING AND ORDER REGARDING MOTION FOR EXPEDITED HEARING**

Before the court is a Motion for Expedited Hearing of Motion to Compel Discovery (the "Motion for Expedited Hearing") filed by Deutsch Kerrigan, LLP ("DK").[1] The Motion for Expedited Hearing was filed by DK contemporaneously with a Motion to Compel Discovery Responses, Responsive Documents, and Deposition (the "Motion to Compel").[2]

On June 30, 2016, this court granted a Joint Motion to Extend and Modify Stay whereby the parties were granted leave to conduct limited discovery for a period of ninety (90) days related to the alleged conflict of interest raised by Defendant, Fireman's Fund Insurance Company ("FFIC"), in its Motion to Disqualify AMEC's Counsel of Record.[3] Accordingly, the limited discovery period expires on September 28, 2016. On August 9, 2016, DK filed the Motion to Compel and Motion for Expedited Hearing.[4]

DK states in its Motion for Expedited Hearing that counsel for FFIC "did not consent to the setting of the motion on an expedited basis."[5] However, in light of the ninety day discovery period, the court finds good cause exists to grant DK's Motion for Expedited Hearing of Motion to Compel Discovery.[6] Accordingly,

---

[1] R. Doc. 117.
[2] R. Doc. 116.
[3] R. Doc. 109.
[4] R. Docs. 116 & 117.
[5] R. Doc. 117, ¶ 5.
[6] R. Doc. 117.

**IT IS ORDERED** that FFIC shall file its opposition (if any) to the Motion to Compel by Monday, August 22, 2016.

**IT IS FURTHER ORDERED** that DK is **GRANTED** leave to file a reply memorandum not to exceed five (5) pages in support of the Motion to Compel by Thursday, August 25, 2016.

**IT IS FURTHER ORDERED** that a hearing on DK's Motion to Compel is set for Monday, August 29, 2016 at 3:00 p.m.

Signed in Baton Rouge, Louisiana, on August 11, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**